| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Moke Peace 11 Corp.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-4586221** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **1202 Halsey Street** <br> **Brooklyn, NY 11207** <br> Number, Street, City, State & ZIP Code <br><br> **Kings** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **416 Madison St. Brooklyn, NY 11221** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Moke Peace 11 Corp.**                                          Case number (*if known*)
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

 ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor **Moke Peace 11 Corp.**                                                  Case number (*if known*)
      Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
      Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Moke Peace 11 Corp.**<br>Name | Case number (*if known*) |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2018**
               MM / DD / YYYY

**X** **/s/ Michael Kandhorov**                          **Michael Kandhorov**
Signature of authorized representative of debtor         Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Ira R. Abel**                    Date **May 14, 2018**
Signature of attorney for debtor                  MM / DD / YYYY

**Ira R. Abel**
Printed name

**Law Office of Ira R. Abel**
Firm name

**305 Broadway**
**14th Floor**
**New York, NY 10007**
Number, Street, City, State & ZIP Code

Contact phone  **212.799.4672**    Email address  **iraabel@verizon.net**

**1792373 NY**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Moke Peace 11 Corp.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Asset Acceptance LLC**<br>28405 Van Dyke<br>Warren, MI 48093 | | | | | | **$0.00** |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | **$0.00** |
| **LNV Corporation**<br>1 Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047 | | Real Property located at 416 Madison St., Brooklyn, NY 11221 | | **Unknown** | **Unknown** | **Unknown** |
| **MERS as nominee for Residential Home Fund**<br>G4318 Miller Rd<br>Flint, MI 48501 | | | | | | **$0.00** |
| **NYC Department of Finance**<br>345 Adams Street, 3rd FL<br>Attn: Legal Affairs Divis<br>Brooklyn, NY 11201-3719 | | | | | | **$0.00** |
| **NYC Department of Finance**<br>Office of Legal Affairs<br>345 Adams Street, 3rd Flo<br>Brooklyn, NY 11201 | | | | | | **$0.00** |
| **NYC Dept. Housing Preserv**<br>100 Gold St, 3rd Fl<br>New York, NY 10038 | | | | | | **$0.00** |

Debtor **Moke Peace 11 Corp.**                                                                                        Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NYC Dept. of Transportati 100 Church St New York, NY 10007** | | | | | | **$0.00** |
| **NYC Environmental 59-17 Junction Blvd East Elmhurst, NY 11369** | | | | | | **$0.00** |
| **NYS Dept. Of Taxation & F Bankruptcy Unit - TCD Building 8, Room 455 W.A. Harriman State Campu Albany, NY 12227** | | | | | | **$0.00** |
| **NYS Dept. of Taxation & F Bankruptcy Unit P.O. Box 5300 Albany, NY 12205** | | | | | | **$0.00** |
| **Portfolio Recovery Assoc 140 Corporate Blvd Norfolk, VA 23502** | | | | | | **$0.00** |
| **U.S. Department of HHS Office of General Counsel 26 Federal Plaza, Room 39 New York, NY 10278** | | | | | | **$0.00** |
| **U.S. Department of HUD Office of Regional Counse 26 Federal Plaza, Room 35 New York, NY 10278** | | | | | | **$0.00** |
| **U.S. Environmental Protec Office of the Regional Co Attn Douglas Fischer,Esq. New York, NY 10007-1866** | | | | | | **$0.00** |

| Debtor | **Moke Peace 11 Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Securities and Excha**<br>**New York Regional Office**<br>**Bankruptcy Group**<br>**200 Vesey Street, Suite 4**<br>**New York, NY 10281** | | | | | | **$0.00** |
| **United States Attorney**<br>**Attention: Bonni Perlin,**<br>**Bankruptcy Coordinator**<br>**Civil Division, Bankr Pro**<br>**Brooklyn, NY 11201-1820** | | | | | | **$0.00** |
| **US Bank Trust NA Trustee**<br>**2711 Haskella Avenue 1700**<br>**Dallas, TX 75204** | | **Real Property located at 416 Madison St., Brooklyn, NY 11221** | | **Unknown** | **Unknown** | **Unknown** |

```
Asset Acceptance LLC
28405 Van Dyke
Warren, MI 48093


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


LNV Corporation
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047


MERS as nominee
for Residential Home Fund
G4318 Miller Rd
Flint, MI 48501


NYC Department of Finance
345 Adams Street, 3rd FL
Attn: Legal Affairs Divis
Brooklyn, NY 11201-3719


NYC Dept. Housing Preserv
100 Gold St, 3rd Fl
New York, NY 10038


NYC Dept. of Transportati
100 Church St
New York, NY 10007


NYC Environmental
59-17 Junction Blvd
East Elmhurst, NY 11369


NYS Dept. Of Taxation & F
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campu
Albany, NY 12227


NYS Dept. of Taxation & F
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205
```

Portfolio Recovery Assoc
140 Corporate Blvd
Norfolk, VA 23502


U.S. Department of HHS
Office of General Counsel
26 Federal Plaza, Room 39
New York, NY 10278


U.S. Department of HUD
Office of Regional Counse
26 Federal Plaza, Room 35
New York, NY 10278


U.S. Environmental Protec
Office of the Regional Co
Attn Douglas Fischer,Esq.
New York, NY 10007-1866


U.S. Securities and Excha
New York Regional Office
Bankruptcy Group
200 Vesey Street, Suite 4
New York, NY 10281


United States Attorney
Attention: Bonni Perlin,
Bankruptcy Coordinator
Civil Division, Bankr Pro
Brooklyn, NY 11201-1820


US Bank Trust NA Trustee
2711 Haskella Avenue 1700
Dallas, TX 75204

**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Moke Peace 11 Corp.**                                                             Case No.
                                        Debtor(s)                                          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Moke Peace 11 Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]




| | |
|---|---|
| **May 14, 2018** | **/s/ Ira R. Abel** |
| Date | **Ira R. Abel** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Moke Peace 11 Corp.** |
| | **Law Office of Ira R. Abel** |
| | **305 Broadway** |
| | **14th Floor** |
| | **New York, NY 10007** |
| | **212.799.4672 Fax:n/a** |
| | **iraabel@verizon.net** |